Orrin J. Graham, appellant, v. John Carlson, appellee. Gen. No. 9,215.

Heard in this court at the May term, 1937. Opinion filed September 9, 1937. Rehearing denied October 7, 1937.

J. E. Goembel and B. Jay Knight, for appellant; Perley T. Lupton, of counsel. Frank E. Maynard, for appellee.

Mr. Presiding Justice Huffman delivered the opinion of the court.

Herman Derner, appellee, v. John J. Morton, appellant. Gen. No. 9,216.

Heard in this court at the May term, 1937. Opinion filed September 9, 1937.

Eli D. Langert, for appellant. Huber & Reidy, for appellee.

Mr. Presiding Justice Huffman delivered the opinion of the court.

Ethel McClary, administratrix of estate of Amel W. McClary, deceased, appellee, v. Grand Lodge Brotherhood of Railroad Trainmen, appellant. Gen. No. 9,189.

Heard in this court at the May term, 1937. Opinion filed September 9, 1937.

Gower, Gray & Gower and W. H. Dyer, for appellant. Frank J. Burns and James T. Burns, for appellee.

Mr. Justice Dove delivered the opinion of the court.

Frank L. Firman, administrator of estate of Frank P. Firman, deceased, appellee, v. Julius Duyvejonck et al., appellants. Gen. No. 9,219.

Heard in this court at the May term, 1937. Opinion filed September 9, 1937.

Kenworthy, Shallberg & Harper, for certain appellant. Schriver & Schriver, for certain other appellants. Franklin P. Searle, for appellee.

Mr. Justice Dove delivered the opinion of the court.